# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAROLYN BURTON

VERSUS

ACCESS HOME INSURANCE IN
RECEIVERSHIP AND LOUISIANA
CITIZENS PROPERTY INSURANCE
COROPRATION

NO.   2025 CW 0608

JUNE 8, 2026

---

In Re:    Louisiana Insurance Guaranty Association, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 732899.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

WRIT DENIED.

HG
TPS

McClendon, C.J., dissents and would issue an interim order to
obtain a copy of any amended petitions filed in this matter prior
to addressing the merits of the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT